IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LISA SOWELL                                                                                           PLAINTIFF

v.                                    CASE NO. 5:19-CV-00275-BSM

EVERGREEN PACKAGING, LLC                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE