# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 20-2978

_____

Lisa Sowell

Plaintiff - Appellant

v.

Evergreen Packaging LLC, formerly known as Evergreen Packaging, Inc.

Defendant - Appellee

------

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:19-cv-00275-BSM)

------

**JUDGMENT**

Before GRUENDER, WOLLMAN, and ERICKSON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court and briefs of the parties.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

June 04, 2021

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans

# Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Friday, June 4, 2021 8:24 AM |
| **Subject:** | 20-2978 Lisa Sowell v. Evergreen Packaging LLC "judgment filed sua sponte affirmed" (5:19-cv-00275-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 06/04/2021

| | |
|---|---|
| **Case Name:** | Lisa Sowell v. Evergreen Packaging LLC |
| **Case Number:** | 20-2978 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the Originating Court is AFFIRMED in accordance with the opinion RAYMOND W. GRUENDER, ROGER L. WOLLMAN and RALPH R. ERICKSON Scrg May 2021 [5041994] [20-2978] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Bonnie J. Johnson: bjohnson@cgwg.com, bmurray@cgwg.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Larry Joe Steele: steelelaw7622@sbcglobal.net, janarry@hotmail.com
Ms. Carolyn B Witherspoon: cspoon@cgwg.com, bmurray@cgwg.com

The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_202978_5041994_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/04/2021] [FileNumber=5041994-0]
[9357127841f22688c0d72d6639d6feaf3fd8c99abba66389e6fcd86ecc76062262f789392241260ec102fc0470ddfb22d67e87469ad00e1c6007366b3d57b405]]
**Recipients:**

- Ms. Bonnie J. Johnson
- Mr. Jim McCormack, Clerk of Court
- Mr. Larry Joe Steele
- Ms. Carolyn B Witherspoon

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5041994
**RELIEF(S) DOCKETED:**
  affirmed
**DOCKET PART(S) ADDED:** 6782557, 6782558, 6782559

2