# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2978

Lisa Sowell

Appellant

v.

Evergreen Packaging LLC, formerly known as Evergreen Packaging, Inc.

Appellee

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Pine Bluff
(5:19-cv-00275-BSM)

---

## MANDATE

In accordance with the opinion and judgment of 06/04/2021, and the court's order dated

07/07/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the

formal mandate is hereby issued in the above-styled matter.

July 20, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit

## Abigail Temple

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Tuesday, July 20, 2021 10:38 AM |
| **Subject:** | 20-2978 Lisa Sowell v. Evergreen Packaging LLC "Mandate Issued" (5:19-cv-00275-BSM) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Eighth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was filed on 07/20/2021

| | |
|---|---|
| **Case Name:** | Lisa Sowell v. Evergreen Packaging LLC |
| **Case Number:** | 20-2978 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED. [5056567] [20-2978] (Clifford Jackson)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov
Ms. Bonnie J. Johnson: bjohnson@cgwg.com, bmurray@cgwg.com
Honorable Brian S. Miller, U.S. District Judge: Brian_Miller@ared.uscourts.gov
Mr. Larry Joe Steele: steelelaw7622@sbcglobal.net, janarry@hotmail.com
Ms. Carolyn B Witherspoon: cspoon@cgwg.com, bmurray@cgwg.com

The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/CliffordRJackson_202978_5056567_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=07/20/2021] [FileNumber=5056567-0]
[02b2109310a67a7db76951046ebddfcf922164f6e7afd8029b9cd2f233ce8797d7d4f6dc8adbe85c34917cda7e13e89cb64
ae0dd5a419ec847a4b5e9e1ed9706]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court
- Ms. Bonnie J. Johnson
- Honorable Brian S. Miller, U.S. District Judge
- Mr. Larry Joe Steele
- Ms. Carolyn B Witherspoon

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5056567
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6811121